CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2016

JULIA C. DUDLEY, CLERK
BY: /s/ 
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON O. CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALIZED SAW & MOWER, INC.<br><br>    Defendant. | Civil Action No. 7:16-CV-327<br><br>By: Hon. Michael F. Urbanski<br>United States District Judge |

## DISMISSAL ORDER

Plaintiff Jason O. Campbell has moved to dismiss his complaint pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. ECF No. 5. Accordingly, it is **ORDERED** that this action be, and hereby is, **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: 08/09/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge